
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>BRAIR CAITLYN WEIPPERT,<br>DEFENDANT(S). | CASE NUMBER<br>CR09-00312-VBF<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of  defense counsel, Anthony Solis , IT IS ORDERED that a detention hearing is set for July 21, , 2011 , at 3:00 ☐a.m. / ☒p.m. before the Honorable Marc L. Goldman, United States Magistrate Judge , in Courtroom 6A .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 7/20/11

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge